IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

NOV 02 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. CR 21-306 G |
| -vs- | ) | |
| | ) | |
| TRAMON ANTONIO BROWN, | ) | Violations: 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d) |
| Defendant. | ) | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Felon in Possession of a Firearm)

On or about October 7, 2021, in Oklahoma City, Oklahoma, in the Western District of Oklahoma,

------------------------------ **TRAMON ANTONIO BROWN,** ------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Taurus, model G3c, 9x19mm caliber pistol, bearing serial number ACE919877, which was in and affecting foreign and interstate commerce in that said firearm had previously traveled from another state and country to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Indictment, defendant **TRAMON ANTONIO BROWN** shall forfeit to the United States any firearms and ammunition involved in the commission of the offense listed.

The property subject to forfeiture includes, but is not limited to:

1. Taurus, model G3c, 9x19mm caliber pistol, bearing serial number ACE919877; and
2. any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

TIFFANY NOBLE
Assistant United States Attorney